# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

SERENA LOUISE HOLDEN,           )
                                )
        **Plaintiff,**     )
                                )
v.                              )   **Case No. CIV-19-97-SPS**
                                )
COMMISSIONER of the Social      )
Security Administration,        )
                                )
        **Defendant.**     )

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 20] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 30th day of September, 2020.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**